**Nos. 26-1294, 26-3344**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

FERNANDO GOMEZ RUIZ; et al.,

Plaintiffs-Appellees,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

v.

Defendants-Appellees,

CORECIVIC, INC.,

Intervenor-Appellant.

On Appeal from the United States District Court
for the Northern District of California,
No. 3:25-cv-09757-MMC
Hon. Maxine M. Chesney

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## CONSOLIDATED OPENING BRIEF

Daniel P. Struck
Nicholas D. Acedo
**STRUCK LOVE ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600

*Attorneys for Appellant CoreCivic, Inc.*

Intervenor-Appellant CoreCivic, Inc. respectfully requests a one-day extension of time, until July 2, 2026, in which to file its Consolidated Opening Brief. The Consolidated Opening Brief was originally due by June 24, 2026, and is currently due by July 1, 2026. (Doc. 19.1; Doc. 25.1.)[1] This is CoreCivic's second request to extend the Consolidated Opening Brief deadline. An extension is requested for the reasons stated in the attached Declaration of Counsel. Plaintiffs-Appellees and Defendants-Appellees do not oppose this request.

RESPECTFULLY SUBMITTED this 1st day of July, 2026.

**STRUCK LOVE ACEDO, PLC**

By    s/ Nicholas D. Acedo
    Daniel P. Struck
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    *Attorneys for Appellant CoreCivic, Inc.*

---

[1] "Doc." refers to the docket in No. 26-1294.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

Description of Documents: Unopposed Motion for Extension of Time to File Consolidated Opening Brief

RESPECTFULLY SUBMITTED this 1st day of July, 2026.

STRUCK LOVE ACEDO, PLC

By   s/ Nicholas D. Acedo
    Daniel P. Struck
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

*Attorneys for Appellant CoreCivic, Inc.*